JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VINH QUANG PHAM,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>Defendants. | No. 8:23-cv-00623-CJC-DFM<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Hon. Cormac J. Carney<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until May 10, 2024.

Dated: June 7, 2023

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE